DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Cabaniss v. Deutsche Bank Sec., Inc. <br><br> Case Below: 170 N.C. App. 180 | No. 369P05-2 | Plts' PWC to Review Decision of COA (COA04-530) | Denied 10/06/05 |
| Cabarrus Cty. v. Systel Bus. Equip. Co. <br><br> Case Below: 171 N.C. App. 423 | No. 408P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1221) | Denied 10/06/05 <br><br> **Brady, J. Recused** |
| Cannon v. Goodyear Tire & Rubber Co. <br><br> Case Below: 171 N.C. App. 254 | No. 418P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-168) | Denied 10/06/05 |
| Capps v. NW Sign Indus. of N.C., Inc. <br><br> Case Below: 171 N.C. App. 409 | No. 383A05 | 1. Plt's Motion to Dismiss Appeal <br><br> 2. Defs' Motion for Temporary Stay (COA04-1229) <br><br> 3. Defs' Petition for Writ of Supersedeas | 1. Denied 11/03/05 <br><br> 2. Denied 09/16/05 <br><br> 3. Denied 09/16/05 |
| Chambers v. Transit Mgmt. <br><br> Case Below: 172 N.C. App. 540 | No. 527A05 | 1. Def's NOA (Dissent) <br><br> 2. Def's Motion for Temporary Stay (COA04-677) <br><br> 3. Def's Petition for Writ of Supersedeas <br><br> 4. Def's PDRas to Additional Issues | 1. —— <br><br> 2. Allowed 11/03/05 <br><br> 3. Allowed 11/03/05 <br><br> 4. Allowed 11/03/05 |
| Charter Med., Ltd. v. Zigmed, Inc. <br><br> Case Below: 173 N.C. App. 213 | No. 557A05 | Plt's NOA Based Upon a Constitutional Question (COA04-1337) | Dismissed ex mero motu 11/03/05 |
| Coker v. DaimlerChrysler Corp. <br><br> Case Below: 172 N.C. App. 386 | No. 532A05 | 1. Plts' NOA (Dissent) <br><br> 2. Plts' PDR as to Additional Issues (COA04-523) <br><br> 3. Def's Motion to Dismiss Appeal | 1. —— <br><br> 2. Denied 11/03/05 <br><br> 3. Denied 11/03/05 |